UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
JUN 2 5 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:20-cr-8- TWP- VTW |
| ) | |
| ANTHONY J. MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

### **INDICTMENT**

#### **Count 1**

[18 U.S.C. § 2113(a) – Credit Union Robbery]

The Grand Jury charges that:

On or about December 28, 2019, in Jefferson County, in the Southern District of Indiana, ANTHONY J. MARTINEZ, the defendant herein, by means of force and violence and by means of intimidation, took from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of the Business & Industrial Federal Credit Union branch, located at 2118 Lanier Drive, Madison, Jefferson County, a credit union, the deposits of which were then insured by the National Credit Union Administration, to wit:  MARTINEZ approached a credit union employee while entering the credit union and ordered the credit union employee to unlock the rear entry door to the credit union, while brandishing a gun.  Once inside the credit union, MARTINEZ ordered the credit union employees to place the money into a plastic trash bag. MARTINEZ then left the credit union taking approximately $36,000 in United States currency belonging to the credit union.

All of which is in violation of Title 18, United States Code, Section 2113(a).

1

## COUNT 2

[18 U.S.C. § 924(c) - Use of a Firearm During and in Relation to a Crime of Violence]

The Grand Jury further charges that:

On or about December 28, 2019, in Jefferson County, in the Southern District of Indiana, ANTHONY J. MARTINEZ, the defendant herein, did knowingly use, carry, and possess a firearm, to wit: MARTINEZ brandished a handgun in the air and brandished the firearm, during and in relation to a crime of violence for which one may be prosecuted in a court of the United States, that is, the robbery of the Business & Industrial Federal Credit Union branch, located at 2118 Lanier Drive, Madison, Jefferson County, Indiana, as alleged in Count One of this Indictment.

All of which is in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**FORFEITURE ALLEGATION**

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2113(a), set forth in Count One of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, a sum of money equal to the proceeds derived from the offense: $36,676.00 in United States currency.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

3. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) set forth in Count Two of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense.

4. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

    A. cannot be located upon the exercise of due diligence;

    B. has been transferred or sold to, or deposited with, a third party;

    C. has been placed beyond the jurisdiction of the court;

    D. has been substantially diminished in value; or

    E. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

[signature redacted]

JOSH J. MINKLER
United States Attorney

by: *[signature]*
Lauren Wheatley
Assistant United States Attorney